COPY

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FEDERICO NIVAR

## WARRANT FOR ARREST

CASE NUMBER: MJ# 04-812-RBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ———— FEDERICO NIVAR
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute heroin, a Scedule I controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s) 846

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler USMJ
Signature of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

April 7, 2004 @ Boston
Date and Location                    2:05 PM

Bail fixed at $ _____ by _____
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.