## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: _____   Date: _____   Time In Court _____

Courtroom Clerk: _____   Tape Number: _____

Case: USA v. _____   Case Number: _____

AUSA: _____   Defense Counsel: _____

PTSO/PO: _____   Interpreter: _____   Language: _____

## TYPE OF HEARING

| | |
|---|---|
| [ ] **Initial Appearance**<br>[ ] Arrested: Date:_____<br>    Charging District: _____<br>[ ] on warrant    [ ] on probable cause<br>[ ] Defendant Sworn<br>[ ] Advised of Charges<br>[ ] Advised of Rights<br>[ ] Requests Appointment of Counsel<br>[ ] Will Retain Counsel<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts _____<br><br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District.<br>     Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement |
| [ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released<br><br>[ ] **Bail Revocation Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] Initial Status Conference<br>[ ] Interim Status Conference<br>[ ] Final Status Conference<br>[ ] Other _____ |

## CONTINUED PROCEEDINGS

_____ Hearing/Conference set for _____ at _____

## REMARKS