AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FEDERICO NIVAR

# WARRANT FOR ARREST

CASE NUMBER: ms# 04-812-rbb

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ FEDERICO NIVAR
                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute heroin, a Scedule I controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s) 846

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler USMJ
Signature of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

April 7, 2004 @ Boston
Date and Location

2:05 PM

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/8/04 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Federico Nivar

ALIAS: unknown

LAST KNOWN RESIDENCE: 48 Branch Street, Apt. 58, Lowell, Massachusetts

LAST KNOWN EMPLOYMENT: unknown

PLACE OF BIRTH: Dominican Republic

DATE OF BIRTH (4 digit year): 00-00-1960

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1675

HEIGHT: 5'6'                          WEIGHT: 160

SEX:    male                          RACE:    Hispanic

HAIR:   brown                         EYES:    brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: unknown

FBI NUMBER: unknown

COMPLETE DESCRIPTION OF AUTO: 1993 black Toyota Camry - Massachusetts registration 22PJ39

INVESTIGATIVE AGENCY AND ADDRESS: DEA - Boston, Massachusetts