※AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES<br>V.<br>THOMAS SCOLA<br>FEDERICO NIVAR | | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: MJ# 04-812-MBB |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>PELGRO/TOBIN | | DEFENDANT'S ATTORNEY<br>BASSIL/CONRAD |
| TRIAL DATE (S)<br>4/12/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 4/12/04 | | | STEVEN C. STORY; SPC. AGENT, D.E.A.; for the Government |
| 1 | | 4/12/04 | X | X | Affidavit of Agent Steven Story |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages