UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )

                          )    CRIMINAL NO.    04 CR 10135 GAO
                          )
           v.             )    **VIOLATIONS:**
                          )
(1) THOMAS SCOLA,         )    21 U.S.C. § 846 -
(2) FEDERICO NIVAR,       )    Conspiracy to Possess with Intent
(3) JILL DOUCETTE,        )    to Distribute, and to Distribute,
                          )    Heroin
           DEFENDANTS.    )
                          )    21 U.S.C. 841(a)(1) -
                          )    Possession With Intent To
                          )    Distribute and Distribution of
                          )    Heroin
                          )
                          )    18 U.S.C § 2 -
                          )    Aiding and Abetting
                          )
                          )    21 U.S.C. § 853 -
                          )    Criminal Forfeiture Allegation


## INDICTMENT

**COUNT ONE:**      **(21 U.S.C. § 846 - Conspiracy to Possess with
                    Intent to Distribute, and to Distribute, Heroin)**

The Grand Jury charges that:

     Beginning on an unknown date but at least by in or about

December 2003 and continuing thereafter until on or about April

7, 2004, at Gloucester, Reading, Peabody, Wakefield and elsewhere

in the District of Massachusetts,

               **1. THOMAS SCOLA,**
               **2. FEDERICO NIVAR, and**
               **3. JILL DOUCETTE,**

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other, and with other

persons unknown to the Grand Jury, to distribute, and to possess

with intent to distribute, heroin, a Schedule I controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

The conspiracy charged herein involved 100 grams or more of

a mixture or substance containing a detectable amount of heroin,

a Schedule I controlled substance.  Accordingly, 21 U.S.C. §

841(b)(1)(B)(i) is applicable to this count.

All in violation of Title 21, United States Code, Section

846.

COUNT TWO:        (21 U.S.C. §841(a)(1)- Possession with Intent to
                  Distribute, and Distribution of, Heroin)

The Grand Jury further charges that:

    On or about December 18, 2003, at Gloucester, in the

District of Massachusetts,

                    **1. THOMAS SCOLA,**

defendant herein, did knowingly and intentionally distribute, and

possess with intent to distribute, heroin, a Schedule I

controlled substance.

    All in violation of Title 21, United States Code, Section

841(a)(1).

COUNT THREE:    (21 U.S.C. § 841(a)(1) - Possession with Intent to
                Distribute, and Distribution of, Heroin; 18 U.S.C.
                § 2 - Aiding and Abetting)

The Grand Jury further charges that:

    On or about January 8, 2004, at Reading, in the District of

Massachusetts,

                    1. THOMAS SCOLA, and
                    2. FEDERICO NIVAR,

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

    All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

-4-

COUNT FOUR:     (21 U.S.C. § 841(a)(1)- Possession with Intent to
                Distribute, and Distribution of, Heroin; 18 U.S.C.
                § 2 - Aiding and Abetting)

The Grand Jury further charges that:

    On or about January 21, 2004, at Reading, in the District of

Massachusetts,

                    1. THOMAS SCOLA, and
                    2. FEDERICO NIVAR,

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

    All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>:    (21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute, and Distribution of, Heroin; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about January 27, 2004, at Reading, in the District of Massachusetts,

**1. THOMAS SCOLA, and**
**2. FEDERICO NIVAR,**

defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:        (21 U.S.C. § 841(a)(1) - Possession with Intent to
                       Distribute, and Distribution of, Heroin; 18
                       U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about February 3, 2004, at Peabody, in the District of

Massachusetts,

**1. THOMAS SCOLA, and**
**2. FEDERICO NIVAR,**

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

COUNT SEVEN:     (21 U.S.C. § 841(a)(1)- Possession with Intent to
                 Distribute, and Distribution of, Heroin; 18
                 U.S.C. § 2- Aiding and Abetting)

The Grand Jury further charges that:

On or about February 10, 2004, at Reading, in the District of Massachusetts,

        1. THOMAS SCOLA,
        2. FEDERICO NIVAR, and
        3. JILL DOUCETTE,

defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT EIGHT:    (21 U.S.C. § 841(a)(1)- Possession with Intent
                to Distribute, and Distribution of, Heroin; 18
                U.S.C. § 2- Aiding and Abetting)

The Grand Jury further charges that:

    On or about February 18, 2004, at Reading, in the District

of Massachusetts,

                    1. **THOMAS SCOLA, and**
                    2. **FEDERICO NIVAR,**

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

    All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

COUNT NINE:        (21 U.S.C. § 841(a)(1) - Possession with Intent
                   to Distribute, and Distribution of, Heroin; 18
                   U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

    On or about February 25, 2004, at Reading, in the District
of Massachusetts,

                   1. **THOMAS SCOLA, and**
                   2. **FEDERICO NIVAR,**

defendants herein, did knowingly and intentionally distribute,
and possess with intent to distribute, heroin, a Schedule I
controlled substance.

    All in violation of Title 21, United States Code, Section
841(a)(1)  and Title 18, United States Code, Section 2.

COUNT TEN:          (21 U.S.C. § 841(a)(1)- Possession with Intent
                    to Distribute, and Distribution of, Heroin; 18
                    U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

    On or about March 4, 2004, at Reading, in the District of

Massachusetts,

                    1. THOMAS SCOLA, and
                    2. FEDERICO NIVAR,

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

    All in violation of Title 21, United States Code, Section

841(a)(1)  and Title 18, United States Code, Section 2.

-11-

COUNT ELEVEN:   (21 U.S.C. § 841(a)(1) - Possession with Intent
                 to Distribute, and Distribution of, Heroin; 18
                 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

    On or about March 10, 2004, at Reading, in the District of

Massachusetts,

                    1. THOMAS SCOLA,
                    2. FEDERICO NIVAR,

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

    All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

COUNT TWELVE:  (21 U.S.C. § 841(a)(1) - Possession with Intent
               to Distribute, and Distribution of, Heroin; 18
               U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

    On or about March 18, 2004, at Reading, in the District of Massachusetts,

                **1. THOMAS SCOLA,**
                **2. FEDERICO NIVAR, and**
                **3. JILL DOUCETTE**

defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

    All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT THIRTEEN</u>: (21 U.S.C. § 841(a)(1) - Possession with Intent
to Distribute, and Distribution of, Heroin; 18
U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about March 24, 2004, at Reading, in the District of

Massachusetts,

    1. **THOMAS SCOLA**,
    2. **FEDERICO NIVAR**, and
    3. **JILL DOUCETTE**,

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

-14-

<u>COUNT FOURTEEN</u>: (21 U.S.C. § 841(a)(1) - Possession with Intent
to Distribute, and Distribution of, Heroin;
18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about March 30, 2004, at Reading, in the District of

Massachusetts,

1. THOMAS SCOLA,
2. FEDERICO NIVAR, and
3. JILL DOUCETTE

defendants herein, did knowingly and intentionally distribute,

and possess with intent to distribute, heroin, a Schedule I

controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

-15-

COUNT FIFTEEN: (21 U.S.C. § 841(a)(1) - Possession with Intent
                to Distribute Heroin)

The Grand Jury further charges that:

On or about April 7, 2004, at Wakefield, in the District of
Massachusetts,

### 1. FEDERICO NIVAR

defendant therein, did knowingly and intentionally possess with
intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21 United States Code, Section
841(a)(1).

<u>COUNT SIXTEEN</u>: (21 U.S.C. § 841(a)(1) - Possession with Intent
                 to Distribute Heroin)

The Grand Jury further charges that:

On or about April 7, 2004, at Lawrence, in the District of
Massachusetts,

## 1. FEDERICO NIVAR

defendant therein, did knowingly and intentionally possess with
intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21 United States Code, Section
841(a)(1).

**FORFEITURE ALLEGATION:**   (21 U.S.C. § 853)

The Grand Jury further charges that:

    1.  As a result of the offenses alleged in Counts 1 through 16 of this Indictment,

          1. **THOMAS SCOLA,**
          2. **FEDERICO NIVAR, and**
          3. **JILL DOUCETTE,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

    2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

      (a)  cannot be located upon the exercise of due diligence;

      (b)  has been transferred or sold to, or deposited with, a third party;

      (c)  has been placed beyond the jurisdiction of the Court;

      (d)  has been substantially diminished in value; or

      (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

-18-

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

DAVID G. TOBIN

Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS;     April 29, 2004.

Returned into the District Court by the Grand Jurors and

filed.

DEPUTY CLERK  @ 2:36 pm

-20-