# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

              v.                                          CR. NO. 04-10135-GAO

THOMAS SCOLA
FEDERICO NIVAR
JILL DOUCETTE

## ***NOTICE***

May 3, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 2:45 p.m., Monday, May 10, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                                /s/
                                         **MARIANNE B. BOWLER**
                                         Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**