U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

# CONSENT TO SEARCH

1. I HAVE BEEN ASKED TO PERMIT SPECIAL AGENTS OF THE DRUG ENFORCEMENT ADMINISTRATION TO SEARCH: (Describe the person, places or things to be searched.)

    71-73 Newbury St. Apt. #13
    Lawrence, MA 01843

2. I HAVE NOT BEEN THREATENED, NOR FORCED IN ANY WAY.

3. I FREELY CONSENT TO THIS SEARCH.

_4/07/04_  
Date

_[signature]_  
Signature

Witnesses: _Deputy [signature] 4/7/04_

_SA [signature] 4/7/04_

DEA Form - 88
(Oct. 1983)

Previous edition dated 3/76 is Obsolete.