UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10135-GAO |
| ) | |
| THOMAS SCOLA, ) | |
| FEDERICO NIVAR, and ) | |
| JILL E. DOUCETTE ) | |

<u>GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE MARCH 24, 2005 THROUGH April 8, 2005 FROM THE PROVISIONS OF THE SPEEDY TRIAL ACT</u>

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from March 24, 2005 (the date of the most recent Status Conference) to and including April 8, 2005 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial. The defendants, through counsel, assented to this request at the Status Conference on March 24, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney