UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  O4-10135-GAO |
| | ) | |
| FEDERICO NIVAR | ) | |

<u>NOTICE OF WITHDRAWAL</u>

_____Undersigned counsel hereby moves to withdraw as counsel for

Defendant, Federico Nivar.

    As grounds for this motion, counsel states that she will be

assuming her new duties as Director of the Federal Defender

Office.

                                FEDERICO NIVAR
                                By his attorney,


                                /s/Miriam Conrad
                                Miriam Conrad
                                    B.B.O. # 550223
                                Federal Defender Office
                                408 Atlantic Ave., 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061

May 16, 2005


_____


_____