UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>FEDERICO NIVAR )<br>) | CRIMINAL NO. 04-10135 GAO |

NOTICE OF APPEARANCE

_____Assistant Federal Defender Page Kelley, hereby files her appearance on behalf of defendant Federico Nivar.

                                              FEDERICO NIVAR
                                              By his attorney,

                                              /s/ Page Kelley
                                              Page Kelley
                                                B.B.O. #548237
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

May 16, 2005