# UNITED STATES DISTRICT COURT

UNITED STATES DIST COURT DISTRICT OF __MASSACHUSETTS__

U. S. A.

v.

Federico Nivar

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10135-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | Tobin | Kelley |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 6/23/05, 7/5/05 | Killian | Myren |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Maurice Auguler - sworn |
|  |  |  |  |  | Report - 4/8/04 |
| 1 |  | 6/23 | ✓ | ✓ | Consent to search form signature page |
|  |  |  |  |  | Amauris Calcano - sworn |
|  |  |  |  |  | Nydia Valentin - sworn |
|  |  |  |  |  | Paul Karamourtopoulos - sworn |
| 2 |  | 7/5 | ✓ | ✓ | Miranda Rights Card |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages